IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 12-cr-00117-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN C. BROUGHTON,

    Defendant.

---

## NO CONTACT ORDER

This matter is before the Court on Defendant's Motion to Modify Conditions of Release Requesting a No Contact Order With New Employer (Doc. # 44) regarding Defendant Broughton's employer. Upon review, the Court finds as follows:

On June 10, 2013, Defendant Broughton was sentenced by the undersigned to a two-year term of probation. Defendant is a first-time offender of a non-violent offense. However, Defendant Broughton is an "at will" employee and is concerned that if his felony conviction and current supervision status is brought to the attention of his employer, he could face immediate termination. In light of the foregoing, as well as other factors set forth in the motion, Defendant's Motion (Doc. # 44) is GRANTED. It is, therefore,

ORDERED that the U.S. Probation Office shall not unnecessarily contact Mr. Broughton's employer, Arrow Partnership, for purposes of verification of employment, and shall not notify said employer of his felony conviction and supervision status, unless good cause exists.

DATED: September __30__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge